No. 249. THOMAS C. GUTIERREZ ET AL., APPELLANTS, *v.* THE TERRITORY OF NEW MEXICO EX REL. THOMAS J. CURRAN ET AL. Appeal from the Supreme Court of the Territory of New Mexico. Submitted April 25, 1906. Decided May 21, 1906. *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Albright* v. *Sandoval,* 200 U. S. 9. *Mr. W. B. Childers* for appellants. *Mr. Frank W. Clancy* for appellees.

---

No. 685. FRANCISCO DONES, APPELLANT, *v.* JOSE URRUTIA, WARDEN OF THE PENITENITARY OF PORTO RICO. Appeal from the Supreme Court of Porto Rico. Submitted May 14, 1906. Decided May 28, 1906. *Per Curiam.* Final order affirmed with costs. Act April 12, 1900, 31 Stat. 77, c. 191, secs. 33, 34, 35, 15; *Ortega* v. *Lara, ante,* p. 339; *Perez* v. *Fernandez, ante,* p. 80; Porto Rican Laws and Code of Civil Procedure, 1904, pp. 103, 104, 110; *Ex parte Ward,* 173 U. S. 452, 454; *United States* v. *Bellingham Bay Boom Company,* 176 U. S. 211, 214. *Mr. Frederic D. McKenney* and *Mr. J. S. Flannery* for appellant. *The Attorney General* and *The Solicitor General* for appellee.